IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| MARK DADDAZIO and PATRICIA BLAUSER, on behalf of themselves and all others similarly situated, | : : : : : : |
| Plaintiffs, | : : |
| vs. | Civil Action No. 1:23-cv-00635-JPW : : |
| VALERIE A. ARKOOSH, in her official capacity as Acting Secretary of the Pennsylvania Department of Human Services, | : : : : : : : : |
| Defendant. | : : |

_____

### **PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Pursuant to Federal Rules of Civil Procedure 23(a) and 23(b)(2), Plaintiffs, through counsel, submit this Motion for Class Certification. Plaintiffs respectfully request that the Court certify this case to proceed on behalf of the following Class: "Current and future residents of Pennsylvania's six state-operated psychiatric hospitals, excluding individuals subject to commitment pursuant to 50 P.S. § 7401–07 (commitments of persons charged with a crime or under sentence), and 42 Pa. Cons. Stat. Ann. § 6403 (court-ordered involuntary treatment for certain

sexual offenses)." In support of this Motion, Plaintiffs submit a Brief and Exhibits, which are incorporated by reference. Defendant does not concur in this Motion. *See* Certificate of Non-Concurrence (attached).

Dated: April 24, 2023         **DISABILITY RIGHTS PENNSYLVANIA,**

By: *Rhonda Brownstein*
Rhonda Brownstein (PA I.D. No. 46866)
Brynne S. Madway (PA I.D. No. 316422)
1800 John F. Kennedy Boulevard
Suite 900
Philadelphia, PA 19103
Office: 215-238-8070
Fax: 215-772-3126
rbrownstein@disabilityrightspa.org
bmadway@disabilityrightspa.org

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, Rhonda Brownstein, hereby certify that Plaintiffs' Motion for Class Certification was served on the following by first class mail, postage prepaid on this 24th day of April, 2023:

    Valerie A. Arkoosh, Acting Secretary
    Pennsylvania Department of Human Services
    625 Forster Street
    Harrisburg, PA 17120

    Kenneth J. Serafin, Chief Counsel
    Department of Human Services Office of General Counsel
    625 Forster Street, 3rd Floor West
    Health and Welfare Building
    Harrisburg, PA 17120

_/s/ Rhonda Brownstein_
Rhonda Brownstein