IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| MARK DADDAZIO and PATRICIA BLAUSER, on behalf of themselves and all others similarly situated, | : : : : : : : |
| Plaintiffs, | : : : |
| vs. | Civil Action No. 1:23-cv-00635-JPW : : |
| VALERIE A. ARKOOSH, in her official capacity as Acting Secretary of the Pennsylvania Department of Human Services, | : : : : : : : |
| Defendant. | : |

_____

## CERTIFICATE OF NON-CONCURRENCE

Pursuant to Local Rule 7.1, I certify as follows based on personal knowledge:

1. I am counsel for the Plaintiffs in this lawsuit.

2. I contacted Kenneth Serafin, Chief Counsel for the Department of Human Services, and Matthew McLees, Deputy Chief Counsel for the Department of Human Services on April 18, 2023, to advise that Plaintiffs

1

intended to file a Motion for Class Certification and to determine whether Defendant concurred in this motion.

3. On April 20, 2023, Mr. McLees advised that Defendant did not concur in this Motion.

I declare under penalty of perjury that the foregoing is true and accurate.

Executed on this 20th day of April, 2023.

_____
Brynne S. Madway