## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| MARK DADDAZIO and PATRICIA BLAUSER, on behalf of themselves and all others similarly situated, | : : : : : : |
| Plaintiffs, | : : : |
| vs. | Civil Action No. 1:23-cv-00635-JPW : : : |
| VALERIE A. ARKOOSH, in her official capacity as Acting Secretary of the Pennsylvania Department of Human Services, | : : : : : : : : |
| Defendant. | : |

_____

### EXHIBITS IN SUPPORT OF
### <u>PLAINTIFFS' MOTION FOR CLASS CERTIFICATION</u>

Rhonda Brownstein (PA I.D. No. 46866)
Brynne S. Madway (PA I.D. No. 316422)
Disability Rights Pennsylvania
1800 John F. Kennedy Blvd.
Suite 900
Philadelphia, PA  19103-7421
215-238-8070
rbrownstein@disabilityrightspa.org
bmadway@disabilityrightspa.org

*Counsel for Plaintiff*

# **TABLE OF EXHIBITS**

| **Exhibit** | **Document** |
|---|---|
| A. | Olmstead Plan for Pennsylvania's State Mental Health System (May 16, 2016) |
| B. | Excerpt of Pennsylvania Department of Human Services, Governor's Executive Budget 2023-2024 |
| C. | RTKL Request 21-338 CHIPP Participants Identified in HCSIS Report |
| D. | Excerpt of Pennsylvania Department of Human Services, Governor's Executive Budget 2018-2019 |
| E. | Excerpt of Pennsylvania Department of Human Services, Governor's Executive Budget 2019-2020 |
| F. | Excerpt of Pennsylvania Department of Human Services, Governor's Executive Budget 2020-2021 |
| G. | Excerpt of Pennsylvania Department of Human Services, Governor's Executive Budget 2021-2022 |
| H. | Excerpt of Pennsylvania Department of Human Services, Governor's Executive Budget 2022-2023 |
| I. | Pennsylvania State Hospital System Length of Stay, Demographics, and Diagnoses Report, Pennsylvania Department of Human Services, Office of Mental Health and Substance Abuse Services (November 15, 2022) |

| | |
|---|---|
| J. | A. Agostini, CEO Wernersville State Hospital Letter to Nash Boone, DRP Managing Attorney for Investigations and Monitoring (September 1, 2022) |
| K. | Rhonda Brownstein Declaration (April 24, 2023) |