# EXHIBIT B



pennsylvania
DEPARTMENT OF HUMAN SERVICES

Governor's Executive
BUDGET
2023 - 2024

Appropriations Committee Hearings April 2023

| VI. EXPLANATION OF CHANGES<br>($ Amounts in Thousands) | APPROPRIATION:<br>Mental Health Services | | | |
|---|---|---|---|---|
| | State $ | Federal $ | Other $ | Total $ |
| **GRANT & SUBSIDY (Continued)** | | | | |
| 7. Reflects the cost to expand diversion and discharge programs for individuals with mental illness currently in the criminal justice system: | $8,750 | $0 | $0 | $8,750 |
| 8. Impact of the change in the amount claimed related to the phasedown of the enhanced COVID-19 FMAP: | $529 | ($529) | $0 | $0 |
| 9. Increase in Intergovernmental Transfer (IGT) funding: | ($23,983) | $0 | $23,983 | $0 |
| **Subtotal Grant & Subsidy** | ($13,454) | $6,530 | $23,983 | $17,059 |
| **COMMUNITY MENTAL HEALTH** | | | | |
| **BUDGETARY RESERVE** | | | | |
| 1. Reflects non-recurring federal COVID-State Fiscal Recovery funds: | $0 | ($100,000) | $0 | ($100,000) |
| **Subtotal Budgetary Reserve** | $0 | ($100,000) | $0 | ($100,000) |
| **INITIATIVES** | | | | |
| **GRANT & SUBSIDY** | | | | |
| 1. Increase to County Base Funding | | | | |
| A. Provides an increase in county mental health base funds to support efforts to provide critical behavioral health services, address workforce shortage and provide quality services: | $20,000 | $0 | $0 | $20,000 |
| 2. Investments in Community Mental Health Services: | | | | |
| A. Provides funding for home and community-based services for 20 individuals currently residing in State Hospitals: | $1,250 | $0 | $0 | $1,250 |
| B. Provides an increase to expand diversion and discharge programs for individuals with mental illness currently in the criminal justice system: | $4,000 | $0 | $0 | $4,000 |
| C. Provides funding for the 988 National Suicide and Crisis Lifeline call centers: | $5,000 | $0 | $2,838 | $7,838 |
| **Subtotal Initiatives** | $30,250 | $0 | $2,838 | $33,088 |
| **TOTAL** | $45,917 | ($109,046) | $26,606 | ($36,523) |

65

# MENTAL HEALTH SERVICES

## PROGRAM STATEMENT

OMHSAS has the primary responsibility of program development, policy, and financial oversight of the delivery of behavioral health services in Pennsylvania, which includes mental health treatment services and supports designated as substance use services. The primary objective is to support individual movement toward recovery. The Department seeks to ensure there is an integrated approach to both the delivery and financing of behavioral health services. The Department administers community mental health funds and Behavioral Health Services funds for both mental health and substance use services for individuals no longer eligible for MA; and Act 152 funds to provide non-hospital residential substance use services. Direct mental health treatment services are also provided through six state-operated hospitals and one restoration, long-term care, center. The Department oversees the delivery of community mental health services administered by counties under the Pennsylvania Mental Health and Intellectual Disability Act of 1966 and the Mental Health Procedures Act of 1976.

## STATE MENTAL HOSPITALS

There are six state mental hospitals that provide general psychiatric inpatient treatment as well as specialty care for persons who require intensive treatment in a highly structured setting. Two locations, Norristown and Torrance, also provide inpatient forensic services that focus on competency restoration services for individuals charged with crimes but determined to be unable to proceed with the legal proceedings. Additionally, Torrance operates the Sexual Responsibility and Treatment Program that was developed in response to Act 21 of 2003. A seventh facility, South Mountain Restoration Center, provides skilled nursing and intermediate care services for individuals who were formerly residents of mental hospitals and are now in need of nursing care. All the hospitals, including the South Mountain Restoration Center, are certified by Medicaid and Medicare, with an approved combined bed capacity of 1,677. The South Mountain Restoration Center is also certified as a long-term care provider and is licensed by the Department of Health.

The development of integrated services, advances in medications, and the building of a community-based care infrastructure continue to impact the hospitals' patient census. In Fiscal Year (FY) 2021-2022, a total of 2,190 individuals were served in the state hospitals.

## COMMUNITY MENTAL HEALTH SERVICES

The Mental Health and Intellectual Disability Act of 1966 requires county governments to provide an array of community-based mental health services including unified intake, community consultation, education, support for families caring for members with mental disorders, and community residential programs. Community services are targeted to adults with serious mental illnesses and children/adolescents with, or at risk of, serious emotional disturbances. Key provisions of service include recovery-oriented treatment, community care, and support services that enable individuals to return to the community and lead independent and productive lives. Non-residential services include family-based support, peer to peer support, outpatient care, partial hospitalization, emergency and crisis intervention, and after care. Community residential services consist of housing support, residential treatment, inpatient care, crisis services, and mobile therapy. Services are administered by single counties, county joinders, or through contracts with private, non-profit organizations. Services are funded with state, federal, and/or county matching funds.

Since its inception, the Community Mental Health Program has dramatically increased its capacity to provide a more unified system of treatment and support services for persons with serious mental illness. As a result, an increasing number of people have been able to experience recovery and lead productive lives in their communities and not be hospitalized for prolonged periods of time. In FY 2020-

2021, 160,027 people were provided community mental health services. In FY 2021-2022, 193,302 people were provided services. The number of individuals who seek services in FY 2022-2023 is anticipated to increase to 227,879 due to the many ways COVID-19 has impacted emotional wellbeing, work/life balance, school, childcare, and illness of self and others. In April 2023, the Department will begin completing redeterminations for individuals who maintained MA coverage under the Families First Coronavirus Response Act. The number of individuals served through Community Mental Health Service may also increase as individuals transition from MA to other medical coverage.

**COMMUNITY HOSPITAL INTEGRATION PROJECTS PROGRAM AND SOUTHEAST INTEGRATION PROJECTS PROGRAM**

Beginning in FY 1991-1992, the Community Hospital Integration Projects Program (CHIPP) linked the county-operated community programs and the state mental hospitals by transferring individuals and resources from the hospital program to the community. This integration program discharges individuals with complex service needs, who no longer need inpatient psychiatric treatment, into integrated community programs from state mental hospitals. The county program develops the community resources and services needed for each person discharged through CHIPP. The CHIPP program is a mechanism for reallocating funds to the community for the development of new alternative community-based treatment services and supports.

The community services that are developed with CHIPP funds are not only available to persons discharged from state mental hospitals, but to other individuals with mental illness who would otherwise need hospitalization. For each CHIPP allocation, it is estimated that an additional four to five individuals with mental illness may be served per year. The program supports community living by creating a community capacity for diversion services to avoid future unnecessary state hospital admissions. The success of these diversion services allows more predictable planning for future state mental hospital use and a reduction in hospital costs.

Counties receiving CHIPP funding have been successful in creating service systems that support people in the community while managing state mental hospital utilization. Involvement of individuals and families in the program design, implementation, and ongoing monitoring has proven critical to the success of the program. State mental hospitals have played a vital role in preparing people for discharge, coordinating with counties during the transition to the community, and assisting counties in managing future hospital use.

The Southeast Integration Projects Program was implemented in the five southeastern counties (Bucks, Chester, Delaware, Montgomery, and Philadelphia) in FY 1997-1998. This program originated as a result of the closure of Haverford State Mental Hospital and the subsequent June 1998 court order to place people who were no longer in need of inpatient psychiatric treatment into community settings. It operates in a manner similar to the CHIPP program but provides counties with additional funding to increase the capacity to provide more specialized services to persons with a broader range of service needs.

In FY 2012-2013, the Human Services Block Grant (HSBG) program was implemented to provide local governments with increased flexibility to address local needs. As of FY 2022-2023, the HSBG program has a total of 44 counties that were approved by the Department to participate in the HSBG program. Since this is a voluntary program, the number of participating counties may increase or decrease.

**FISCAL YEAR 2023-2024 INITIATIVES – INVESTMENTS IN COMMUNITY MENTAL HEALTH SERVICES**

The Governor's Executive Budget includes an investment of $20 million in FY 2023-2024 for county base funding. In 2019, nearly 20% of adults in Pennsylvania were experiencing a mental illness. This includes a diagnosable mental, behavioral, or emotional disorder, other than developmental or substance use disorder. Mental health concerns have increased since the beginning of the public health emergency

but the funding to support and expand community-based mental health services has not. Additional increases are planned in subsequent years to reach a cumulative total of $60 million by FY 2027-2028.

The budget further provides $1.25 million to support the discharge of 20 eligible individuals from state hospitals throughout Pennsylvania into CHIPP and expand home and community-based services for community placements.

In addition, $4 million is included to fund community-based programs serving people who do not require the level of forensic treatment provided in state hospitals. Investments in these types of community-based programs supports both diversion from state hospitals and discharge from them, which in turn reduces, or prevents, delays in admissions to state hospitals for people requiring competency determinations or restorations.

Lastly, this budget proposes to utilize 2.75 percent of Emergency Communications Fee on landline and mobile telephone services, in addition to a one-time investment of $5 million, to support Pennsylvania's suicide prevention lifeline call centers. With the federal designation of 988 as the 3-digit dialing code for mental health crisis and suicide prevention, these call centers are the first stop in the crisis service continuum. These investments are a significant step in making crisis response services available across Pennsylvania so that our family, friends and neighbors in crisis have a lifeline in their time of need.