# EXHIBIT C

**pennsylvania**
DEPARTMENT OF HUMAN SERVICES
OFFICE OF MENTAL HEALTH AND
SUBSTANCE ABUSE SERVICES

# RTKL Request 21-338
# CHIPP Participants Identified in HCSIS Report

2a. For each of the last ten fiscal years, the number of CHIPP participants identified in HCSIS

|  | FY10-11 | FY11-12 | FY12-13 | FY13-14 | FY14-15 | FY15-16 | FY16-17 | FY17-18 | FY18-19 | FY19-20 |
|---|---|---|---|---|---|---|---|---|---|---|
| Statewide Total | 136 | 119 | 26 | 30 | 139 | 155 | 21 | 33 | <11 | 12 |

2b. For the last ten fiscal years, the number of CHIPP participants identified in HCSIS broken down by Active (Original and Alternate) and Inactive Status every 2 years

|  | FY10-11 and FY11-12 | FY12-13 and FY13-14 | FY14-15 and FY15-16 | FY16-17 and FY17-18 | FY18-19 and FY19-20 |
|---|---|---|---|---|---|
| Active | 141 | 29 | 240 | 44 | 15 |
| Inactive | 114 | 27 | 54 | <11 | 0 |

2c. For FY10-11 to FY12-13, FY13-14 to FY15-16 and FY16-17 to FY19-20, the number of CHIPP participants identified in HCSIS broken down by Living Situation Category as follows:
- **Personal Care Home or Long-Term Care Facility** includes the following living situations: Assisted Living Residence (ALR), Nursing Home/Nursing Facility, Personal Care Home – Specialized/Enhanced, Personal Care Home, Private Intermediate Care Facility for Individuals with Intellectual Disabilities (ICF/ID) or State Mental Health Hospital
- **Private Residence** includes the following living situations: Other Independent Living, Own Residence, Domiciliary Care, Friend's Home, Relative's Home
- **Other DHS-Funded Setting** includes Community Residential Rehabilitation (CRR), Long Term Structured Residence (LTSR), Residential Treatment Facility for Adults (RTFA), Group home, Drug and Alcohol (D&A) Residential Facility and Children's Residence, Supported Living (MH)
- **Other** includes Other, Correctional Facility, Temporary Shelter, Homeless and none indicated meaning no living situation was selected in that individual's record.
- 

|  | FY10-11 to FY12-13 | FY13-14 to FY15-16 | FY16-17 to FY19-20 |
|---|---|---|---|
| **Personal Care Home or Long-Term Care Facility** | 55 | 40 | 13 |
| **Private Residence** | 77 | 140 | <11 |
| **Other DHS-Funded Setting** | 122 | 77 | 37 |
| **Other** | 27 | 67 | <11 |



3a. For FY10-11 to FY13-14 and FY14-15 to FY19-20, the number of individuals with Inactive CHIPP by Reason for Inactive.

|  | FY10-11 to FY13-14 | FY14-15 to FY19-20 |
|---|---:|---:|
| Deceased | 43 | <11 |
| Incarceration | <11 | <11 |
| LT Nursing Home | <11 | <11 |
| Other | 29 | 42 |
| Out of Area | 11 | <11 |
| Refused Services | 26 | <11 |
| State Hospital | 15 | <11 |

3b. For each of the last ten fiscal years, the number of CHIPP participants identified in HCSIS in an Inactive Status

|  | FY10-11 | FY11-12 | FY12-13 | FY13-14 | FY14-15 | FY15-16 | FY16-17 | FY17-18 | FY18-19 | FY19-20 |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| Statewide Total | 53 | 61 | 15 | 12 | 16 | 38 | <11 | <11 | 0 | 0 |

5b. For FY10-11 to FY12-13, FY13-14 to FY15-16 and FY16-17 to FY19-20, the number of CHIPP individuals discharged by state hospital

| State Hospital Name | FY10-11 through FY12-13 | FY13-14 through FY15-16 | FY16-17 through FY19-20 |
|---|---:|---:|---:|
| Allentown State Hospital | 92 | <11 | 0 |
| Clarks Summit State Hospital | 18 | 14 | <11 |
| Danville State Hospital | <11 | <11 | <11 |
| No Hospital Identified | 55 | 233 | <11 |
| Norristown State Hospital | 85 | 23 | 28 |
| Torrance State Hospital | <11 | 15 | 20 |
| Warren State Hospital | <11 | 28 | <11 |
| Wernersville State Hospital | 11 | <11 | <11 |