# EXHIBIT F

Case 1:23-cv-00635-JPW    Document 5-7    Filed 04/24/23    Page 1 of 5



# DEPARTMENT OF
# HUMAN SERVICES

## 2020 - 2021

Governor's Executive Budget
Appropriations Committee Hearings
February 2020

| VI. EXPLANATION OF CHANGES<br>($ Amounts in Thousands) | APPROPRIATION:<br>Mental Health Services | | | |
|---|---|---|---|---|
| | State $ | Federal $ | Other $ | Total $ |
| **COMMUNITY MENTAL HEALTH** | | | | |
| **GRANT & SUBSIDY** | | | | |
| 1. Provides for the annualization of 45 Fiscal Year 2019-2020 Community Hospital Integration Projects Program slots: | $2,813 | $0 | $0 | $2,813 |
| 2. Provides for the impact of non-recurring Fiscal Year 2019-2020 legislative additions: | ($780) | $0 | $0 | ($780) |
| 3. Utilization of additional Community Mental Health Services Block Grant funding: | $0 | $7,900 | $0 | $7,900 |
| 4. Reflects a non-recurring Fiscal Year 2019-2020 Tree of Life - Disaster Assistance grant: | $0 | ($400) | $0 | ($400) |
| 5. Provides for an increase in the Bioterrorism Hospital Preparedness subgrant: | $0 | $50 | $0 | $50 |
| 6. Reflects a reduction in the Intergovernmental Transfer: | $268 | $0 | ($268) | $0 |
| 7. Change in other grant and subsidy costs: | $5 | $48 | $0 | $53 |
| Subtotal Grant & Subsidy | $2,306 | $7,598 | ($268) | $9,636 |
| **BUDGETARY RESERVE** | | | | |
| 1. Reflects a Fiscal Year 2019-2020 non-recurring state fund budgetary reserve: | ($3,755) | $0 | $0 | ($3,755) |
| 2. Reflects a Fiscal Year 2019-2020 federal Medicare Services budgetary reserve: | $0 | ($1,000) | $0 | ($1,000) |
| 3. Provides for a Fiscal Year 2020-2021 federal Medical Assistance reserve of $5.000 million: | $0 | $5,000 | $0 | $5,000 |
| Subtotal Budgetary Reserve | ($3,755) | $4,000 | $0 | $245 |
| **INITIATIVE** | | | | |
| **GRANT & SUBSIDY** | | | | |
| 1. Community Opportunities: | | | | |
| A. Provides funding for home and community-based services for 20 individuals currently residing in the State Hospitals: | $1,250 | $0 | $0 | $1,250 |
| Subtotal Initiative | $1,250 | $0 | $0 | $1,250 |
| **TOTAL** | $45,240 | ($20,500) | ($1,509) | $23,231 |

## MENTAL HEALTH SERVICES

### PROGRAM STATEMENT

The Department of Human Services (Department), Office of Mental Health and Substance Abuse Services has the primary responsibility of program development, policy, and financial oversight of the delivery of behavioral health services in the Commonwealth, which includes mental health treatment services and supports designated as substance use services. The primary objective is to support individual movement toward recovery. The Department seeks to ensure that there is an integrated approach to both the delivery and financing of behavioral health services. The Department administers: community mental health funds and Behavioral Health Services funds for both mental health and substance use services for individuals no longer eligible for Medical Assistance (MA); and, Act 152 funds to provide non-hospital residential substance use services. Direct mental health treatment services are also provided through six state-operated hospitals and one restoration, long-term care, center. The Department oversees the delivery of community mental health services administered by counties under the Pennsylvania Mental Health and Intellectual Disability (MH/ID) Act of 1966 and the Mental Health Procedures Act of 1976.

### STATE MENTAL HOSPITALS

There are six state mental hospitals that provide general psychiatric inpatient treatment as well as specialty care for persons who require intensive treatment in a highly structured setting. A seventh facility, South Mountain Restoration Center, provides skilled nursing and intermediate care services for individuals who were formerly residents of mental hospitals and are now in need of nursing care. All the hospitals, including the South Mountain Restoration Center, are certified by Medicaid and Medicare. The South Mountain Restoration Center is also certified as a long-term care provider and is licensed by the Department.

On January 11, 2017, the Department announced the plan to close the civil section of Norristown State Hospital in Montgomery County. The closure is part of the Wolf Administration's commitment to serve more people in the community, reduce reliance on institutional care, and improve access to home and community-based services for Pennsylvanians. The Department will, on a long-term basis, retain a minimum of 50 beds from the civil section for transitional services for forensically-involved individuals. For an unspecified timeframe, the total number of beds for the transitional services will be greater than 50 to help address the wait time for forensic treatment throughout our system as well as to comply with recent litigation settlements.

As a result of the development of integrated services, continued advances in medications, and the building of a community-based care infrastructure, the hospitals' patient census continues to decline. In Fiscal Year 2018-2019, 1,828 people received services in the state mental hospitals and an estimated 1,742 will receive services in Fiscal Year 2019-2020.

### COMMUNITY MENTAL HEALTH SERVICES

The MH/ID Act of 1966 requires county governments to provide an array of community-based mental health services including unified intake, community consultation, education, support for families caring for members with mental disorders, and community residential programs. Community services are targeted to adults with serious mental illnesses and children/adolescents with, or at risk of, serious emotional disturbances. Key provisions of service include recovery-oriented treatment, community care, and support services that enable individuals to return to the community and lead independent and productive lives. Non-residential services include family-based support, peer to peer support, outpatient care, partial hospitalization, emergency and crisis intervention, and after care. Community residential services consist of housing support, residential treatment, inpatient care, crisis services, and mobile therapy. Services are administered by single counties, county joinders, or through contracts with private, non-profit organizations. Services are funded with state, federal, and/or county matching funds.

Since its inception, the Community Mental Health Program has dramatically increased its capacity to provide a more unified system of treatment and support services for persons with serious mental illness. As a result, an increasing number of people have been able to experience recovery and lead productive lives in their communities and avoid prolonged hospitalization. In Fiscal Year 2018-2019, 189,512 people were provided community mental health services and an estimated 193,302 will receive services in Fiscal Year 2019-2020.

**COMMUNITY HOSPITAL INTEGRATION PROJECTS PROGRAM AND SOUTHEAST INTEGRATION PROJECTS PROGRAM**

Beginning in Fiscal Year 1991-1992, the Community Hospital Integration Projects Program (CHIPP) linked the county-operated community programs and the state mental hospitals by transferring individuals and resources from the hospital program to the community. This integration program discharges individuals with complex service needs, who no longer need inpatient psychiatric treatment, into integrated community programs from state mental hospitals. The county program develops the community resources and services needed for each person discharged through CHIPP. The CHIPP program is a mechanism for reallocating funds to the community for the development of new alternative community-based treatment services and supports.

The community services that are developed with CHIPP funds are not only available to persons discharged from state mental hospitals, but to other individuals with mental illness who would otherwise need hospitalization. For each CHIPP allocation, it is estimated that an additional four to five individuals with mental illness may be served. The program supports community living by creating a community capacity for diversion services to avoid future unnecessary state hospital admissions. The success of these diversion services allows more predictable planning for future state mental hospital use and a reduction in hospital costs.

Counties receiving CHIPP funding have been successful in creating service systems that support people in the community while managing state mental hospital utilization. Involvement of individuals and families in the program design, implementation, and ongoing monitoring has proven critical to the success of the program. State mental hospitals have played a vital role in preparing people for discharge, coordinating with counties during the transition to the community, and assisting counties in managing future hospital use. The success of CHIPP was also greatly enhanced by the emergence of new, highly effective atypical psychotropic medications for the treatment of schizophrenia and other psychoses.

The Southeast Integration Projects Program was implemented in the five southeastern counties (Bucks, Chester, Delaware, Montgomery, and Philadelphia) in Fiscal Year 1997-1998. This program originated as a result of the closure of Haverford State Mental Hospital and the subsequent June 1998 court order to place people who were no longer in need of inpatient psychiatric treatment into community settings. It operates in a manner similar to the CHIPP program but provides counties the capacity to provide more specialized services to persons with a broader range of service needs.

In Fiscal Year 2012-2013, a Human Services Block Grant (HSBG) program was implemented to provide local governments with increased flexibility to address local needs. Beginning in Fiscal Year 2017-2018, the HSBG program was expanded to allow all counties statewide to request participation in the program on a voluntary basis. Currently, a total of 38 counties have submitted applications that were subsequently approved by the Department and are participating in the HSBG program.

**FISCAL YEAR 2020-2021 INITIATIVE – COMMUNITY OPPORTUNITIES**

The Governor's Executive Budget for Fiscal Year 2020-2021 provides funding to support the discharge of 20 eligible individuals from state hospitals throughout the commonwealth into CHIPP and expand home and community-based services for community placements.