# EXHIBIT I



# Pennsylvania State Hospital System Length of Stay, Demographics, and Diagnoses Report

Pennsylvania Department of Human Services

Office of Mental Health and Substance Abuse Services

November 15, 2022



**pennsylvania**
DEPARTMENT OF HUMAN SERVICES
OFFICE OF MENTAL HEALTH AND
SUBSTANCE ABUSE SERVICES

# Table of Contents

Introduction and Purpose ....................................................................................................... 3

    End of Month Census for Calendar Year (CY)2021 ................................................ 4

    Number of Admissions and Discharges for CY2021 ............................................... 4

    Age of Patients as of December 31, 2021 ................................................................ 5

    Race and Gender of Patients as of December 31, 2021 ........................................... 6

    Race and Gender of Patients Discharged for CY2021 ............................................. 6

    Legal Status Code of Patients as of December 31, 2021 ......................................... 8

    Commitment Type of Patients as of December 31, 2021 ......................................... 9

    Veteran Status of Patients as of December 31, 2021 ............................................... 9

    Level of Education of Patients as of December 31, 2021 ......................................... 9

    Marital status of Patients as of December 31, 2021 ............................................... 10

    Employment Status of Patients as of December 31, 2021 ...................................... 10

    Length of Stay for Patients Discharged for CY2021 ............................................. 11

    Mean and Median Lengths of Stay of Patients as of December 31, 2021 .............. 12

    Distribution of Lengths of Stay of Patients as of December 31, 2021 ................... 13

    Distribution of Lengths of Stay of FO Patients as of December 31, 2021 ............. 14

    Distribution of Lengths of Stay of PS Patients as of December 31, 2021 ............. 15

    Distribution of Lengths of Stay of LTC Patients as of December 31, 2021 .......... 16

    Distribution of Lengths of Stay of (SRTP) Patients as of December 31, 2021 ...... 17

County of Origin for New Patients ........................................................................ 18

    County of Origin for New Patients for CY2021, All Levels of Care ..................... 18

    County of Origin for New Patients for CY2021, PS .............................................. 20

    County of Origin for New Patients for CY2021, FO ............................................. 23

    County of Origin for New Patients for CY2021, LT .............................................. 24

    County of Origin for New Patients for CY2021, SRTP ......................................... 25

Census by Diagnosis Type ..................................................................................... 26

    Behavioral Health Diagnosis of Patients as of December 31, 2021 ...................... 26

    Physical Health Diagnosis of Patients as of December 31, 2021 .......................... 27

    Type of Substance Use Disorder of Patients as of December 31, 2021 ................. 28

Appendix .............................................................................................................. 29

    Glossary of Terms ................................................................................................. 29

    Data Sets ............................................................................................................... 29

    Methodology ......................................................................................................... 30



# Introduction and Purpose

This report is created and prepared by the Pennsylvania Office of Mental Health and Substance Abuse Services (OMHSAS) within the Department of Human Services. The information contained within this report is extracted from the Patient Tracking System (PTS) of the State Facility Tracking System. The medical records staff at each of the six state hospitals and one restoration center are continually updating PTS with the necessary information of any individual served.

The purpose of this report is to provide the reader with an overview of lengths of stay, demographics, and diagnosis information, indicated on the last day of the month for each of the state hospitals unless otherwise indicated. This report is a limited data set designed for the purposes of research, public health, or health care operations in accordance with 45 C.F.R. § 164.502.

Counts of individuals that are 10 or less are replaced with the designation of "<11" to protect the confidentiality of individuals in accordance with the Department's data governance policies.

Each table, chart, and graph are labeled regarding the content contained within the visualization. For definitions of terminology and data used, please refer to the appendix.



pennsylvania
DEPARTMENT OF HUMAN SERVICES
OFFICE OF MENTAL HEALTH AND
SUBSTANCE ABUSE SERVICES

# End of Month Census for Calendar Year (CY)2021

| Month | Psychiatric | | | | | | | Forensic | | | Long Term | SRTP | System |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | CLA | DAN | NOR | TOR | WAR | WER | Total | NOR | TOR | Total | SOU | TOR | Total |
| Jan. | 131 | 157 | 37 | 127 | 125 | 249 | 826 | 260 | 82 | 342 | 112 | 58 | 1338 |
| Feb. | 134 | 157 | 37 | 134 | 135 | 240 | 837 | 280 | 91 | 371 | 110 | 58 | 1376 |
| Mar. | 135 | 160 | 37 | 132 | 139 | 249 | 852 | 285 | 94 | 379 | 108 | 58 | 1397 |
| Apr. | 137 | 158 | 34 | 131 | 135 | 246 | 841 | 273 | 95 | 368 | 110 | 58 | 1377 |
| May | 135 | 155 | 33 | 130 | 133 | 251 | 837 | 268 | 97 | 365 | 111 | 58 | 1371 |
| Jun. | 139 | 160 | 32 | 132 | 141 | 255 | 859 | 278 | 102 | 380 | 108 | 58 | 1405 |
| Jul. | 139 | 160 | 29 | 136 | 141 | 254 | 859 | 277 | 100 | 377 | 107 | 57 | 1400 |
| Aug. | 142 | 158 | 29 | 132 | 142 | 260 | 863 | 281 | 102 | 383 | 104 | 57 | 1407 |
| Sep. | 143 | 160 | 26 | 135 | 139 | 261 | 864 | 274 | 93 | 367 | 104 | 57 | 1392 |
| Oct. | 142 | 154 | 23 | 135 | 140 | 262 | 856 | 271 | 93 | 364 | 103 | 57 | 1380 |
| Nov. | 142 | 157 | 23 | 131 | 146 | 263 | 862 | 278 | 89 | 367 | 103 | 57 | 1389 |
| Dec. | 142 | 155 | 22 | 132 | 147 | 262 | 860 | 270 | 79 | 349 | 103 | 57 | 1369 |

Number of patients on the last day of each month by facility and level of care.

# Number of Admissions and Discharges for CY2021

| Process | Psychiatric | | | | | | | Forensic | | | Long Term | SRTP | System |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | CLA | DAN | NOR | TOR | WAR | WER | Total | NOR | TOR | Total | SOU | TOR | Total |
| Admissions | 38 | 64 | <11 | 55 | 101 | 67 | 329 | 416 | 203 | 619 | <11 | 0 | 953 |
| Discharges | 29 | 62 | 21 | 50 | 78 | 58 | 298 | 404 | 206 | 610 | 22 | <11 | 931 |

Number of patients admitted and discharged during the year by facility and level of care.

4



**pennsylvania**
DEPARTMENT OF HUMAN SERVICES
OFFICE OF MENTAL HEALTH AND
SUBSTANCE ABUSE SERVICES

## Age of Patients as of December 31, 2021

| Age | Psychiatric | | | | | | | Forensic | | | Long Term | SRTP | System |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | CLA | DAN | NOR | TOR | WAR | WER | Total | NOR | TOR | Total | SOU | TOR | Total |
| Census | 142 | 155 | 22 | 132 | 147 | 262 | 860 | 270 | 79 | 349 | 103 | 57 | 1369 |
| < 21 | <11 | 0 | 0 | 0 | <11 | <11 | <11 | <11 | <11 | <11 | 0 | 0 | <11 |
| ≥ 21 | 140 | 155 | 22 | 132 | 145 | 261 | 855 | 269 | 77 | 346 | 103 | 57 | 1361 |
| 21-29 | 12 | 15 | <11 | 18 | 16 | 27 | 89 | 53 | 17 | 70 | 0 | 28 | 187 |
| 30-39 | 15 | 19 | <11 | 22 | 26 | 55 | 141 | 85 | 28 | 113 | 0 | 29 | 283 |
| 40-49 | 18 | 28 | <11 | 14 | 21 | 49 | 134 | 52 | 13 | 65 | <11 | 0 | 203 |
| 50-59 | 26 | 37 | <11 | 29 | 31 | 50 | 175 | 40 | <11 | 50 | 12 | 0 | 237 |
| 60-69 | 42 | 35 | <11 | 36 | 36 | 60 | 215 | 32 | <11 | 38 | 33 | 0 | 285 |
| 70-79 | 25 | 18 | <11 | 12 | 14 | 19 | 90 | <11 | <11 | <11 | 37 | 0 | 136 |
| 80-89 | <11 | <11 | <11 | <11 | <11 | <11 | 11 | <11 | 0 | <11 | 16 | 0 | 28 |
| 90-99 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | <11 | 0 | <11 |
| ≥ 65 | 41 | 35 | <11 | 29 | 26 | 44 | 184 | 19 | <11 | 22 | 71 | 0 | 277 |

Number of patients by age range on the last day of the year by facility and level of care.



**pennsylvania**
DEPARTMENT OF HUMAN SERVICES
OFFICE OF MENTAL HEALTH AND
SUBSTANCE ABUSE SERVICES

## Race and Gender of Patients as of December 31, 2021

| Race and Gender | Psychiatric | | | | | | | Forensic | | | Long Term | SRTP | System |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | CLA | DAN | NOR | TOR | WAR | WER | Total | NOR | TOR | Total | SOU | TOR | Total |
| Asian/Pacific Islander | <11 | 0 | 0 | 0 | <11 | <11 | <11 | 12 | 0 | 12 | <11 | 0 | 21 |
| Black Hispanic | 0 | <11 | <11 | <11 | 0 | <11 | 12 | 0 | 0 | 0 | 0 | 0 | 12 |
| Black Non-Hispanic | <11 | 15 | <11 | <11 | 12 | 47 | 101 | 164 | 32 | 196 | 21 | <11 | 322 |
| White Hispanic | 0 | <11 | <11 | <11 | <11 | 36 | 49 | 16 | 0 | 16 | <11 | <11 | 72 |
| White Non-Hispanic | 130 | 129 | <11 | 115 | 131 | 169 | 683 | 78 | 46 | 124 | 76 | 49 | 932 |
| Other | 0 | 0 | 0 | <11 | <11 | 0 | <11 | 0 | <11 | <11 | 0 | <11 | <11 |
| Unknown | 0 | 0 | 0 | <11 | 0 | <11 | <11 | 0 | 0 | 0 | 0 | 0 | <11 |
| Female | 54 | 68 | <11 | 51 | 65 | 78 | 320 | 55 | 25 | 80 | 40 | 0 | 440 |
| Male | 88 | 87 | 18 | 81 | 82 | 184 | 540 | 215 | 54 | 269 | 63 | 57 | 929 |

Number of patients by race and gender on the last day of the year by facility and level of care.



**DEPARTMENT OF HUMAN SERVICES**
**OFFICE OF MENTAL HEALTH AND**
**SUBSTANCE ABUSE SERVICES**

## Race and Gender of Patients Discharged for CY2021

| Race and Gender | Psychiatric | | | | | | | Forensic | | | Long Term | SRTP | System |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | CLA | DAN | NOR | TOR | WAR | WER | Total | NOR | TOR | Total | SOU | TOR | Total |
| American Indian/Alaskan Native | 0 | 0 | 0 | 0 | <11 | 0 | <11 | <11 | <11 | <11 | 0 | 0 | <11 |
| Asian/Pacific Islander | 0 | 0 | 0 | 0 | 0 | <11 | <11 | <11 | <11 | 12 | 0 | 0 | 14 |
| Black Hispanic | 0 | 0 | 0 | 0 | 0 | <11 | <11 | <11 | <11 | <11 | 0 | 0 | <11 |
| Black Non-Hispanic | <11 | <11 | 13 | <11 | <11 | 10 | 43 | 236 | 80 | 316 | <11 | 0 | 365 |
| White Hispanic | <11 | 0 | <11 | <11 | 0 | 10 | 20 | 24 | <11 | 31 | 0 | 0 | 51 |
| White Non-Hispanic | 23 | 56 | <11 | 44 | 68 | 32 | 226 | 128 | 113 | 241 | 16 | <11 | 484 |
| Other | 0 | 0 | <11 | 0 | 0 | <11 | <11 | <11 | <11 | <11 | 0 | 0 | <11 |
| Unknown | <11 | 0 | 0 | 0 | 0 | 0 | <11 | 0 | 0 | 0 | 0 | 0 | <11 |
| Female | 11 | 22 | <11 | 18 | 36 | 23 | 112 | 73 | 53 | 126 | <11 | 0 | 246 |
| Male | 18 | 40 | 19 | 32 | 42 | 35 | 186 | 331 | 153 | 484 | 14 | <11 | 685 |

Number of patients by race and gender on the last day of the year by facility and level of care.

**pennsylvania**
DEPARTMENT OF HUMAN SERVICES
OFFICE OF MENTAL HEALTH AND
SUBSTANCE ABUSE SERVICES

## Legal Status Code of Patients as of December 31, 2021

| Legal Status | Status Description | CLA | DAN | NOR | SOU | TOR | WAR | WER | Total |
|---|---|---|---|---|---|---|---|---|---|
| 0 | For use by Restoration Centers and ICF Units of State Mental Hospitals. | 0 | 0 | 0 | <11 | 0 | 0 | 0 | <11 |
| 1 | For use by Restoration Centers and SNF Units of State Mental Hospitals. | 0 | 0 | 0 | 49 | 0 | 0 | 0 | 49 |
| 21 | ACT 21 SRTP Commitment | 0 | 0 | 0 | 0 | 57 | 0 | 0 | 57 |
| 2300 | Voluntary admission of an adult. | 0 | 0 | 0 | 0 | <11 | <11 | <11 | <11 |
| 2400 | Conversion to voluntary from an involuntary commitment (302, 303, 304, or 305). | 14 | 0 | <11 | 0 | 0 | <11 | <11 | 22 |
| 306 | Transfer of involuntary committed persons from inpatient to outpatient status | 0 | 0 | 0 | 0 | 0 | 0 | <11 | <11 |
| 3700 | Involuntary commitment of a person currently receiving treatment in a psychiatric service other than a State Mental Hospital. | 0 | 0 | 0 | 0 | <11 | 0 | 0 | <11 |
| 3800 | Involuntary commitment of a person found not guilty by reason of insanity. | 0 | 0 | <11 | 0 | 0 | <11 | <11 | <11 |
| 3900 | Involuntary criminal commitment of a person found incompetent to stand trial on charges enumerated under Section 304. | <11 | <11 | 15 | 0 | <11 | 0 | <11 | 30 |
| 4000 | Extended involuntary commitment. | 108 | 145 | 16 | 0 | 145 | 143 | 239 | 796 |
| 4030 | Hearing/Determination of Incompetency to Proceed/Stay/Dismiss | 0 | 0 | 0 | 0 | <11 | 0 | 0 | <11 |
| 4100 | Extended involuntary commitment of a person found not guilty by reason of insanity. | 0 | 0 | <11 | 0 | 0 | 0 | <11 | <11 |
| 4200 | Extended involuntary commitment of a person found incompetent to stand trial on charges enumerated under Section 304. | <11 | 0 | 40 | 0 | 0 | 0 | <11 | 49 |
| 7000 | Involuntary commitment for up to 60 days of a person found incompetent to stand trial who is not mentally disabled. | <11 | 0 | 140 | 0 | 17 | <11 | 0 | 159 |
| 7500 | Involuntary commitment for examination of a person convicted of a crime as an aid in sentencing. | 0 | 0 | <11 | 0 | <11 | 0 | 0 | <11 |
| 8100 | Extended involuntary emergency commitment of a person charged with or convicted of a criminal offense, including a person on probation or parole. | 0 | 0 | 0 | 0 | <11 | 0 | 0 | <11 |
| 8200 | Involuntary commitment of a person charged with or convicted of a criminal offense, including a person on probation or parole. | <11 | 0 | 11 | 0 | 13 | 0 | 0 | 26 |
| 8300 | Extended involuntary commitment of a person charged with or convicted of a criminal offense, including a person on probation or parole. | <11 | 0 | 58 | 0 | 14 | 0 | 0 | 82 |
| 9000 | Psychiatric observation and examination not to exceed 60 days of a person convicted of a crime but not yet sentenced. | 0 | 0 | <11 | 0 | 0 | 0 | 0 | <11 |
| 9900 | Unclassified Commitments. | 0 | 0 | 0 | 0 | <11 | 0 | 0 | <11 |
| Unknown | Unknown/Null | <11 | <11 | 0 | 46 | <11 | 0 | 0 | 60 |

Number of patients in each facility by the legal status codes they were admitted under.



**pennsylvania**
DEPARTMENT OF HUMAN SERVICES
OFFICE OF MENTAL HEALTH AND
SUBSTANCE ABUSE SERVICES

## Commitment Type of Patients as of December 31, 2021

| Commitment Code | CLA | DAN | NOR | SOU | TOR | WAR | WER | Total |
|---|---|---|---|---|---|---|---|---|
| 201b | 14 | 0 | <11 | 0 | <11 | <11 | <11 | 25 |
| 21 | 0 | 0 | 0 | 0 | 57 | 0 | 0 | 57 |
| 304 | <11 | <11 | 27 | 0 | 22 | <11 | <11 | 61 |
| 305 | 120 | 145 | 116 | 0 | 159 | 143 | 248 | 931 |
| 402b | <11 | 0 | 140 | 0 | 17 | <11 | 0 | 159 |
| 405 | 0 | 0 | <11 | 0 | <11 | 0 | 0 | <11 |

Number of patients in each facility by specific sections of the law.

## Veteran Status of Patients as of December 31, 2021

| Veteran Status | Psychiatric | | | | | | | Forensic | | | Long Term | SRTP | System |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | CLA | DAN | NOR | TOR | WAR | WER | Total | NOR | TOR | Total | SOU | TOR | Total |
| Non-Veteran | 140 | 144 | 22 | 128 | 140 | 261 | 835 | 267 | 77 | 344 | 96 | 57 | 1,332 |
| Veteran | <11 | 11 | 0 | <11 | <11 | <11 | 25 | <11 | <11 | <11 | <11 | 0 | 37 |

Number of patients by veteran status by facility and level of care.

## Level of Education of Patients as of December 31, 2021

| Level of Education | Psychiatric | | | | | | | Forensic | | | Long Term | SRTP | System |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | CLA | DAN | NOR | TOR | WAR | WER | Total | NOR | TOR | Total | SOU | TOR | Total |
| 1-8 Elementary | <11 | <11 | 0 | <11 | 0 | <11 | 26 | 0 | <11 | <11 | 16 | 0 | 45 |
| 9-12 High School | 46 | 116 | <11 | 89 | <11 | 102 | 363 | <11 | 53 | 55 | 57 | 49 | 524 |
| Post-Secondary | <11 | 29 | 0 | 21 | <11 | 18 | 77 | <11 | <11 | 11 | 17 | 0 | 105 |
| Special Education (inc. person presently enrolled) | 0 | 0 | <11 | 0 | 0 | <11 | 11 | 0 | 0 | 0 | <11 | 0 | 13 |
| Unknown | 85 | <11 | 20 | 18 | 137 | 122 | 383 | 267 | 13 | 280 | 11 | <11 | 682 |

Number of patients by level of education by facility and level of care. Data for level of education was collected at time of admission. Please note that only 50.2% of data have valid entries for Level of Education. Invalid entries are not included.



**pennsylvania**
DEPARTMENT OF HUMAN SERVICES
OFFICE OF MENTAL HEALTH AND
SUBSTANCE ABUSE SERVICES

## Marital status of Patients as of December 31, 2021

| Marital Status | Psychiatric | | | | | | | Forensic | | | Long Term | SRTP | System |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | CLA | DAN | NOR | TOR | WAR | WER | Total | NOR | TOR | Total | SOU | TOR | Total |
| Divorced | <11 | 28 | <11 | 22 | 19 | 25 | 104 | <11 | <11 | 11 | 21 | 0 | 136 |
| Married | <11 | <11 | <11 | <11 | 10 | 12 | 32 | <11 | <11 | 16 | <11 | 0 | 56 |
| Separated | <11 | <11 | 0 | 0 | <11 | <11 | 20 | <11 | <11 | <11 | <11 | 0 | 23 |
| Single | 120 | 113 | 16 | 109 | 108 | 184 | 650 | 233 | 62 | 295 | 57 | 57 | 1,059 |
| Widowed | 0 | <11 | <11 | 0 | <11 | <11 | <11 | <11 | 0 | <11 | <11 | 0 | 19 |
| Unknown | <11 | <11 | <11 | 0 | <11 | 32 | 45 | 19 | <11 | 22 | <11 | 0 | 76 |

Number of patients by marital status by facility and level of care. Data for marital status was collected at time of admission. Please note that only 94.4% of data have valid entries for Marital status. Invalid entries are not included.

## Employment Status of Patients as of December 31, 2021

| Employment Status | Psychiatric | | | | | | | Forensic | | | Long Term | SRTP | System |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | CLA | DAN | NOR | TOR | WAR | WER | Total | NOR | TOR | Total | SOU | TOR | Total |
| Employed - Full-Time | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | <11 | <11 | 0 | 0 | <11 |
| Employed - Part-Time (Sheltered workshop - Competitive) | 0 | 0 | 0 | 0 | <11 | 0 | <11 | 0 | <11 | <11 | 0 | 0 | <11 |
| Retired | 0 | 12 | 0 | <11 | 0 | 0 | 15 | 0 | 0 | 0 | <11 | 0 | 19 |
| Unemployed - (includes not gainfully employed) | 13 | 140 | 0 | 37 | 46 | 59 | 295 | <11 | 54 | 56 | 95 | <11 | 448 |
| Unknown | 129 | <11 | 22 | 92 | 100 | 203 | 549 | 268 | 22 | 290 | <11 | 55 | 898 |

Number of patients by employment status by facility and level of care. Data for employment status was collected at time of admission. Please note that only 34.4% of data have valid entries for employment status. Invalid entries are not included.



# Length of Stay for Patients Discharged for CY2021

| LOS | Psychiatric | | | | | | | Forensic | | | Long Term | SRTP | System |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | CLA | DAN | NOR | TOR | WAR | WER | Total | NOR | TOR | Total | SOU | TOR | Total |
| < 6 months | <11 | <11 | <11 | <11 | 38 | <11 | 66 | 257 | 170 | 427 | <11 | 0 | 494 |
| < 12 months | <11 | 31 | <11 | 19 | 58 | <11 | 130 | 323 | 198 | 521 | <11 | 0 | 653 |
| < 2 Years | 18 | 42 | 16 | 36 | 65 | 24 | 201 | 362 | 204 | 566 | <11 | 0 | 769 |
| < 3 Years | 21 | 49 | 19 | 42 | 67 | 41 | 239 | 383 | 204 | 587 | <11 | 0 | 828 |
| < 4 Years | 23 | 53 | 20 | 44 | 70 | 45 | 255 | 388 | 205 | 593 | <11 | 0 | 855 |
| < 5 Years | 25 | 55 | 20 | 44 | 72 | 48 | 264 | 392 | 206 | 598 | <11 | 0 | 870 |
| < 10 Years | 28 | 60 | 20 | 49 | 76 | 55 | 288 | 400 | 206 | 606 | 18 | <11 | 912 |
| < 15 Years | 29 | 61 | 20 | 50 | 77 | 56 | 293 | 403 | 206 | 609 | 19 | 0 | 921 |
| < 20 Years | 29 | 62 | 20 | 50 | 78 | 57 | 296 | 404 | 206 | 610 | 22 | 0 | 928 |
| < 25 Years | 29 | 62 | 21 | 50 | 78 | 57 | 297 | 404 | 206 | 610 | 22 | 0 | 929 |
| < 30 Years | 29 | 62 | 21 | 50 | 78 | 58 | 298 | 404 | 206 | 610 | 22 | 0 | 930 |
| < 40 Years | 29 | 62 | 21 | 50 | 78 | 58 | 298 | 404 | 206 | 610 | 22 | 0 | 930 |
| < 50 Years | 29 | 62 | 21 | 51 | 78 | 58 | 299 | 404 | 206 | 610 | 22 | 0 | 931 |

Number of patients discharged during the year by length of stay in the state hospital system by facility and level of care.

11



**pennsylvania**
DEPARTMENT OF HUMAN SERVICES
OFFICE OF MENTAL HEALTH AND
SUBSTANCE ABUSE SERVICES

The plots in this section detail the distribution of lengths of stay at each state hospital and are separated by level of care. This section also contains plots that detail the average length of stay for each state hospital.

## Mean and Median Lengths of Stay of Patients as of December 31, 2021

| Measure | Psychiatric | | | | | | Forensic | | Long Term | SRTP |
|---------|-------------|-----|-----|-----|-----|-----|----------|-----|-----------|------|
| | CLA | DAN | NOR | TOR | WAR | WER | NOR | TOR | SOU | TOR |
| Mean | 7.52 | 4.18 | 6.79 | 4.57 | 3.89 | 4.86 | 1.56 | 1.65 | 5.69 | 9.47 |
| Median | 3.76 | 1.85 | 2.75 | 2.11 | 1.29 | 2.72 | 0.54 | 0.47 | 4.90 | 9.45 |

Mean and median lengths of stay by facility and level of care in number of years.

12



# Distribution of Lengths of Stay of Patients as of December 31, 2021

The next 5 tables use Box and Whisker plots to display the data.  The colored part of the box is the middle 50% range of the data.





This boxplot displays the distribution of lengths of stay for patients in psychiatric care. The lower and upper ends (labeled) of the box represent the first and third quartiles, respectively, while the line through the middle of the box represents the median (labeled). Please note that any values above 22.4 years (twice the greatest third quartile) are not displayed (this has no effect on the distribution).

13



**pennsylvania**
DEPARTMENT OF HUMAN SERVICES
OFFICE OF MENTAL HEALTH AND
SUBSTANCE ABUSE SERVICES

## Distribution of Lengths of Stay of FO Patients as of December 31, 2021



This boxplot displays the distribution of lengths of stay for patients in forensic care. The lower and upper ends (labeled) of the box represent the first and third quartiles, respectively, while the line through the middle of the box represents the median (labeled). Please note that any values above 3.2 years (twice the greatest third quartile) are not displayed (this has no effect on the distribution).

14



## Distribution of Lengths of Stay of PS Patients as of December 31, 2021



This boxplot displays the distribution of lengths of stay for patients in psychiatric care. The lower and upper ends (labeled) of the box represent the first and third quartiles, respectively, while the line through the middle of the box represents the median (labeled). Please note that any values above 22.4 years (twice the greatest third quartile) are not displayed (this has no effect on the distribution).

15



pennsylvania
DEPARTMENT OF HUMAN SERVICES
OFFICE OF MENTAL HEALTH AND
SUBSTANCE ABUSE SERVICES

## Distribution of Lengths of Stay of LTC Patients as of December 31, 2021



This boxplot displays the distribution of lengths of stay for patients in long term care. The lower and upper ends (labeled) of the box represent the first and third quartiles, respectively, while the line through the middle of the box represents the median (labeled). Please note that any values above 16.4 years (twice the greatest third quartile) are not displayed (this has no effect on the distribution).

16



**pennsylvania**
DEPARTMENT OF HUMAN SERVICES
OFFICE OF MENTAL HEALTH AND
SUBSTANCE ABUSE SERVICES

## Distribution of Lengths of Stay of SRTP Patients as of December 31, 2021



This boxplot displays the distribution of lengths of stay for patients in the sexual responsibility and treatment program. The lower and upper ends (labeled) of the box represent the first and third quartiles, respectively, while the line through the middle of the box represents the median (labeled). Please note that any values above 26.7 years (twice the greatest third quartile) are not displayed (this has no effect on the distribution).



**pennsylvania**
DEPARTMENT OF HUMAN SERVICES
OFFICE OF MENTAL HEALTH AND
SUBSTANCE ABUSE SERVICES

# County of Origin for New Patients

This section breaks down the new patients in the state hospital system by county of origin and provides the raw counts of patients admitted from each county as well as that county's total population. Additionally, these charts display the percent of all new patients that were admitted from each county, and the percent of the PA state population that resides within that county.

If no patients from a given county were committed to the state hospital system or the specific level of care during the year, then that county will not be displayed in the table.

## County of Origin for All New Patients for CY2021

| County | Population | % PA Population | Admissions | % Admissions |
|---|---|---|---|---|
| Adams | 103852 | 0.799% | <11 | 0.105% |
| Allegheny | 1250578 | 9.618% | 89 | 9.339% |
| Armstrong | 65558 | 0.504% | <11 | 0.21% |
| Beaver | 168215 | 1.294% | <11 | 0.105% |
| Bedford | 47577 | 0.366% | <11 | 0.105% |
| Berks | 428849 | 3.298% | 28 | 2.938% |
| Blair | 122822 | 0.945% | <11 | 0.839% |
| Bradford | 59967 | 0.461% | <11 | 1.049% |
| Bucks | 646538 | 4.972% | 31 | 3.253% |
| Butler | 193763 | 1.49% | <11 | 0.63% |
| Cambria | 133472 | 1.026% | 10 | 1.049% |
| Cameron | 4547 | 0.035% | <11 | 0.42% |
| Carbon | 64749 | 0.498% | <11 | 0.105% |
| Centre | 158172 | 1.216% | <11 | 0.839% |
| Chester | 534413 | 4.11% | 21 | 2.204% |
| Clarion | 37241 | 0.286% | <11 | 0.42% |
| Clearfield | 80562 | 0.62% | 23 | 2.413% |
| Clinton | 37450 | 0.288% | <11 | 0.21% |
| Columbia | 64727 | 0.498% | 14 | 1.469% |
| Crawford | 83938 | 0.646% | <11 | 0.735% |
| Cumberland | 259469 | 1.996% | 16 | 1.679% |



| | | | | |
|---|---|---|---|---|
| Dauphin | 286401 | 2.203% | 15 | 1.574% |
| Delaware | 576830 | 4.436% | 36 | 3.778% |
| Elk | 30990 | 0.238% | <11 | 0.105% |
| Erie | 270876 | 2.083% | 40 | 4.197% |
| Fayette | 128804 | 0.991% | <11 | 1.049% |
| Forest | 6973 | 0.054% | <11 | 0.63% |
| Franklin | 155932 | 1.199% | 11 | 1.154% |
| Huntingdon | 44092 | 0.339% | <11 | 0.315% |
| Indiana | 83246 | 0.64% | <11 | 0.315% |
| Jefferson | 44492 | 0.342% | <11 | 0.315% |
| Lackawanna | 215896 | 1.66% | 12 | 1.259% |
| Lancaster | 552984 | 4.253% | 31 | 3.253% |
| Lawrence | 86070 | 0.662% | <11 | 0.105% |
| Lebanon | 143257 | 1.102% | <11 | 0.944% |
| Lehigh | 374557 | 2.881% | 23 | 2.413% |
| Luzerne | 325594 | 2.504% | 21 | 2.204% |
| Lycoming | 114188 | 0.878% | 13 | 1.364% |
| McKean | 40432 | 0.311% | <11 | 0.944% |
| Mercer | 110652 | 0.851% | 23 | 2.413% |
| Mifflin | 46143 | 0.355% | <11 | 0.735% |
| Monroe | 168327 | 1.295% | <11 | 0.525% |
| Montgomery | 856553 | 6.588% | 37 | 3.882% |
| Northampton | 312951 | 2.407% | <11 | 0.839% |
| Northumberland | 91647 | 0.705% | 13 | 1.364% |
| NULL | 0 | N/A | <11 | 0.525% |
| Out of State | 0 | N/A | 19 | 1.994% |
| Perry | 45842 | 0.353% | <11 | 0.21% |
| Philadelphia | 1603797 | 12.334% | 202 | 21.196% |
| Pike | 58535 | 0.45% | <11 | 0.105% |
| Schuylkill | 143049 | 1.1% | 16 | 1.679% |



| Somerset | 74129 | 0.57% | <11 | 0.42% |
|---|---|---|---|---|
| Susquehanna | 38434 | 0.296% | <11 | 0.315% |
| Tioga | 41045 | 0.316% | <11 | 0.42% |
| Venango | 50454 | 0.388% | <11 | 0.944% |
| Warren | 38587 | 0.297% | <11 | 0.42% |
| Washington | 209349 | 1.61% | <11 | 0.525% |
| Wayne | 51155 | 0.393% | <11 | 0.525% |
| Westmoreland | 354663 | 2.728% | 28 | 2.938% |
| Wyoming | 26069 | 0.2% | <11 | 0.105% |
| York | 456438 | 3.51% | 16 | 1.679% |

Population of Pennsylvania counties, percentage of the Pennsylvania population, number of patients admitted during the year from each county and the percentage of total admissions from that county.



## County of Origin for New PS Patients for CY2021

| County | Population | % PA Population | Admissions | % Admissions |
|---|---|---|---|---|
| Allegheny | 1250578 | 9.618% | <11 | 0.912% |
| Armstrong | 65558 | 0.504% | <11 | 0.304% |
| Beaver | 168215 | 1.294% | <11 | 0.304% |
| Berks | 428849 | 3.298% | 16 | 4.863% |
| Blair | 122822 | 0.945% | <11 | 1.824% |
| Bradford | 59967 | 0.461% | <11 | 1.216% |
| Bucks | 646538 | 4.972% | <11 | 0.608% |
| Butler | 193763 | 1.49% | <11 | 1.824% |
| Cambria | 133472 | 1.026% | <11 | 2.736% |
| Cameron | 4547 | 0.035% | <11 | 1.216% |
| Carbon | 64749 | 0.498% | <11 | 0.304% |
| Centre | 158172 | 1.216% | <11 | 1.824% |
| Chester | 534413 | 4.11% | <11 | 1.52% |
| Clarion | 37241 | 0.286% | <11 | 1.216% |
| Clearfield | 80562 | 0.62% | 17 | 5.167% |
| Clinton | 37450 | 0.288% | <11 | 0.304% |
| Columbia | 64727 | 0.498% | <11 | 3.04% |
| Crawford | 83938 | 0.646% | <11 | 1.216% |
| Cumberland | 259469 | 1.996% | <11 | 1.824% |
| Dauphin | 286401 | 2.203% | <11 | 2.128% |
| Delaware | 576830 | 4.436% | <11 | 0.608% |
| Elk | 30990 | 0.238% | <11 | 0.304% |
| Erie | 270876 | 2.083% | 26 | 7.903% |
| Fayette | 128804 | 0.991% | <11 | 1.52% |
| Forest | 6973 | 0.054% | <11 | 1.824% |
| Franklin | 155932 | 1.199% | <11 | 1.216% |



| | | | | |
|---|---|---|---|---|
| Huntingdon | 44092 | 0.339% | <11 | 0.304% |
| Indiana | 83246 | 0.64% | <11 | 0.608% |
| Jefferson | 44492 | 0.342% | <11 | 0.912% |
| Lackawanna | 215896 | 1.66% | <11 | 3.04% |
| Lancaster | 552984 | 4.253% | 16 | 4.863% |
| Lebanon | 143257 | 1.102% | <11 | 2.128% |
| Lehigh | 374557 | 2.881% | <11 | 2.736% |
| Luzerne | 325594 | 2.504% | 14 | 4.255% |
| Lycoming | 114188 | 0.878% | <11 | 2.128% |
| McKean | 40432 | 0.311% | <11 | 2.736% |
| Mercer | 110652 | 0.851% | 20 | 6.079% |
| Mifflin | 46143 | 0.355% | <11 | 0.608% |
| Montgomery | 856553 | 6.588% | <11 | 0.608% |
| Northampton | 312951 | 2.407% | <11 | 0.912% |
| Northumberland | 91647 | 0.705% | 11 | 3.343% |
| Philadelphia | 1603797 | 12.334% | <11 | 1.216% |
| Schuylkill | 143049 | 1.1% | <11 | 2.432% |
| Somerset | 74129 | 0.57% | <11 | 0.912% |
| Susquehanna | 38434 | 0.296% | <11 | 0.608% |
| Tioga | 41045 | 0.316% | <11 | 0.608% |
| Venango | 50454 | 0.388% | <11 | 1.52% |
| Warren | 38587 | 0.297% | <11 | 0.912% |
| Wayne | 51155 | 0.393% | <11 | 0.912% |
| Westmoreland | 354663 | 2.728% | 19 | 5.775% |
| York | 456438 | 3.51% | <11 | 1.52% |

Population of Pennsylvania counties, percentage of the Pennsylvania population, number of patients admitted with a psychiatric level of care during the year from each county and the percentage of total admissions from that county.



# County of Origin for New FO Patients for CY2021

| County | Population | % PA Population | Admissions | % Admissions |
|---|---|---|---|---|
| Adams | 103852 | 0.799% | <11 | 0.162% |
| Allegheny | 1250578 | 9.618% | 86 | 13.893% |
| Armstrong | 65558 | 0.504% | <11 | 0.162% |
| Bedford | 47577 | 0.366% | <11 | 0.162% |
| Berks | 428849 | 3.298% | 12 | 1.939% |
| Blair | 122822 | 0.945% | <11 | 0.323% |
| Bradford | 59967 | 0.461% | <11 | 0.969% |
| Bucks | 646538 | 4.972% | 29 | 4.685% |
| Cambria | 133472 | 1.026% | <11 | 0.162% |
| Centre | 158172 | 1.216% | <11 | 0.323% |
| Chester | 534413 | 4.11% | 16 | 2.585% |
| Clearfield | 80562 | 0.62% | <11 | 0.969% |
| Clinton | 37450 | 0.288% | <11 | 0.162% |
| Columbia | 64727 | 0.498% | <11 | 0.646% |
| Crawford | 83938 | 0.646% | <11 | 0.485% |
| Cumberland | 259469 | 1.996% | 10 | 1.616% |
| Dauphin | 286401 | 2.203% | <11 | 1.292% |
| Delaware | 576830 | 4.436% | 34 | 5.493% |
| Erie | 270876 | 2.083% | 14 | 2.262% |
| Fayette | 128804 | 0.991% | <11 | 0.808% |
| Franklin | 155932 | 1.199% | <11 | 1.131% |
| Huntingdon | 44092 | 0.339% | <11 | 0.323% |
| Indiana | 83246 | 0.64% | <11 | 0.162% |
| Lackawanna | 215896 | 1.66% | <11 | 0.323% |
| Lancaster | 552984 | 4.253% | 15 | 2.423% |
| Lawrence | 86070 | 0.662% | <11 | 0.162% |
| Lebanon | 143257 | 1.102% | <11 | 0.323% |



| | | | | |
|---|---|---|---|---|
| Lehigh | 374557 | 2.881% | 14 | 2.262% |
| Luzerne | 325594 | 2.504% | <11 | 1.131% |
| Lycoming | 114188 | 0.878% | <11 | 0.969% |
| Mercer | 110652 | 0.851% | <11 | 0.485% |
| Mifflin | 46143 | 0.355% | <11 | 0.808% |
| Monroe | 168327 | 1.295% | <11 | 0.808% |
| Montgomery | 856553 | 6.588% | 35 | 5.654% |
| Northampton | 312951 | 2.407% | <11 | 0.808% |
| Northumberland | 91647 | 0.705% | <11 | 0.323% |
| Out of State | 0 | N/A | 19 | 3.069% |
| Perry | 45842 | 0.353% | <11 | 0.323% |
| Philadelphia | 1603797 | 12.334% | 198 | 31.987% |
| Pike | 58535 | 0.45% | <11 | 0.162% |
| Schuylkill | 143049 | 1.1% | <11 | 1.292% |
| Somerset | 74129 | 0.57% | <11 | 0.162% |
| Susquehanna | 38434 | 0.296% | <11 | 0.162% |
| Tioga | 41045 | 0.316% | <11 | 0.323% |
| Venango | 50454 | 0.388% | <11 | 0.646% |
| Warren | 38587 | 0.297% | <11 | 0.162% |
| Washington | 209349 | 1.61% | <11 | 0.808% |
| Wayne | 51155 | 0.393% | <11 | 0.323% |
| Westmoreland | 354663 | 2.728% | <11 | 1.454% |
| Wyoming | 26069 | 0.2% | <11 | 0.162% |
| York | 456438 | 3.51% | 11 | 1.777% |

Population of Pennsylvania counties, percentage of the Pennsylvania population, number of patients admitted with a forensic level of care during the year from each county and the percentage of total admissions from that county.



**pennsylvania**
DEPARTMENT OF HUMAN SERVICES
OFFICE OF MENTAL HEALTH AND
SUBSTANCE ABUSE SERVICES

## County of Origin for New LT Patients for CY2021

| County | Population | % PA Population | Admissions | % Admissions |
|---|---|---|---|---|
| NULL | 0 | N/A | <11 | 100% |

Population of Pennsylvania counties, percentage of the Pennsylvania population, number of patients admitted with a long-term level of care during the year from each county and the percentage of total admissions from that county.

## County of Origin for New SRTP Patients for CY2021

There were no SRTP Admissions during CY2021.



**pennsylvania**
DEPARTMENT OF HUMAN SERVICES
OFFICE OF MENTAL HEALTH AND
SUBSTANCE ABUSE SERVICES

# Census by Diagnosis Type

The following tables detail the census for each state hospital, separated by level of care, for patients by the category of behavioral health diagnosis. *Please note that patients may have multiple diagnoses and may therefore be represented on each table more than once.*

## Behavioral Health Diagnosis of Patients as of December 31, 2021

| Diagnosis | Psychiatric | | | | | | | Forensic | | | Long Term | SRTP | System |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | CLA | DAN | NOR | TOR | WAR | WER | Total | NOR | TOR | Total | SOU | TOR | Total |
| Behavioral and emotional disorders with onset usually occurring in childhood and adolescence | <11 | <11 | 0 | <11 | <11 | 11 | 24 | <11 | <11 | <11 | 0 | <11 | 34 |
| Behavioral syndromes associated with physiological disturbances and physical factors | <11 | <11 | 0 | <11 | <11 | <11 | 15 | 0 | 0 | 0 | <11 | <11 | 19 |
| Disorders of adult personality and behavior | 20 | 26 | <11 | 41 | 20 | 69 | 181 | 19 | <11 | 26 | 11 | 45 | 263 |
| Disorders of psychological development | <11 | <11 | <11 | <11 | <11 | <11 | 29 | <11 | <11 | <11 | 0 | <11 | 34 |
| Intellectual disability | 0 | 11 | <11 | <11 | <11 | 14 | 33 | 12 | <11 | 15 | <11 | <11 | 57 |
| Mood (affective) disorders | 19 | 20 | <11 | 17 | 26 | 31 | 115 | 43 | 11 | 54 | 55 | 24 | 248 |
| Neurotic, stress-related, and somatoform disorders | 26 | 17 | 0 | 28 | 25 | 23 | 119 | 15 | <11 | 21 | 34 | <11 | 179 |
| Organic, including symptomatic, mental disorders | <11 | <11 | <11 | <11 | <11 | 11 | 44 | <11 | <11 | <11 | 66 | <11 | 117 |
| Other mental disorder | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Schizophrenia, schizotypal, and delusional disorders | 119 | 134 | 16 | 109 | 120 | 228 | 726 | 178 | 63 | 241 | 78 | 0 | 1,045 |
| Severe cranial injury, including concussion and TBI | 0 | <11 | 0 | <11 | <11 | 0 | <11 | 0 | <11 | <11 | <11 | 0 | 11 |
| Substance use disorder | 40 | 49 | <11 | 62 | 66 | 74 | 295 | 78 | 37 | 115 | 32 | <11 | 443 |

Number of patients by behavioral health diagnosis by facility and level of care.



# Physical Health Diagnosis of Patients as of December 31, 2021

| Diagnosis | Psychiatric | | | | | | | Forensic | | | Long Term | SRTP | System |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | CLA | DAN | NOR | TOR | WAR | WER | Total | NOR | TOR | Total | SOU | TOR | Total |
| Certain conditions originating in the perinatal period | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Congenital malformations, deformations, and chromosomal abnormalities | <11 | <11 | <11 | <11 | <11 | <11 | 18 | <11 | <11 | <11 | <11 | <11 | 31 |
| Diseases of the blood and blood-forming organs, and certain disorders involving the immune mechanism | 17 | 16 | <11 | 21 | 19 | 30 | 105 | <11 | <11 | 14 | 24 | 12 | 155 |
| Diseases of the central nervous system | 45 | 34 | <11 | 37 | 13 | 44 | 177 | <11 | <11 | 17 | 62 | 24 | 280 |
| Diseases of the circulatory system | 45 | 64 | <11 | 68 | 40 | 105 | 331 | 54 | 14 | 68 | 41 | <11 | 448 |
| Diseases of the digestive system | 78 | 99 | <11 | 97 | 74 | 141 | 496 | 33 | 29 | 62 | 64 | 47 | 669 |
| Diseases of the genitourinary system | 24 | 19 | <11 | 32 | 18 | 38 | 134 | <11 | <11 | 14 | 26 | <11 | 182 |
| Diseases of the musculoskeletal system and connective tissue | 32 | 56 | <11 | 46 | 16 | 48 | 201 | 11 | <11 | 20 | 51 | 25 | 297 |
| Diseases of the respiratory system | 35 | 48 | <11 | 48 | 33 | 60 | 225 | 33 | 13 | 46 | 25 | 47 | 343 |
| Diseases of the skin and subcutaneous tissue | 16 | 22 | <11 | 27 | 20 | 25 | 111 | <11 | 13 | 18 | 24 | 34 | 187 |
| Disorders of sensory organs | 22 | 86 | <11 | 23 | <11 | 34 | 176 | <11 | <11 | 12 | 28 | 14 | 230 |
| Endocrine, nutritional, and metabolic diseases | 105 | 119 | 14 | 114 | 100 | 209 | 661 | 53 | 32 | 85 | 62 | 56 | 864 |
| Infectious and parasitic diseases | <11 | <11 | 0 | <11 | 15 | 17 | 57 | <11 | <11 | <11 | 12 | <11 | 81 |
| Neoplasms | <11 | <11 | 0 | <11 | <11 | <11 | 26 | <11 | 0 | <11 | <11 | <11 | 35 |
| Other diagnoses | 0 | <11 | 0 | 0 | <11 | 0 | <11 | <11 | 0 | <11 | 0 | 0 | <11 |
| Other injury, poisoning, or external causes of morbidity and mortality | <11 | 25 | <11 | <11 | 13 | <11 | 51 | <11 | <11 | <11 | 19 | <11 | 83 |
| Pregnancy, childbirth, and the puerperium | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Specific signs and symptoms | 45 | 58 | <11 | 60 | 72 | 94 | 336 | 18 | 15 | 33 | 75 | 23 | 467 |

Number of patients by physical health diagnosis by facility and level of care.



**pennsylvania**
DEPARTMENT OF HUMAN SERVICES
OFFICE OF MENTAL HEALTH AND
SUBSTANCE ABUSE SERVICES

## Type of Substance Use Disorder of Patients as of December 31, 2021

| Substance | Psychiatric | | | | | | | Forensic | | | Long Term | SRTP | System |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | CLA | DAN | NOR | TOR | WAR | WER | Total | NOR | TOR | Total | SOU | TOR | Total |
| Alcohol | 14 | 21 | <11 | 36 | 18 | 23 | 113 | 12 | 15 | 27 | 21 | 0 | 161 |
| Amphetamines | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Cannabinoids | <11 | 15 | <11 | <11 | 12 | 10 | 47 | 20 | 16 | 36 | <11 | 0 | 87 |
| Cocaine | 0 | <11 | 0 | <11 | <11 | <11 | <11 | <11 | <11 | <11 | <11 | 0 | 20 |
| Hallucinogens | 0 | <11 | 0 | 0 | 0 | 0 | <11 | <11 | <11 | <11 | <11 | 0 | <11 |
| Opioids | 0 | <11 | 0 | <11 | 0 | <11 | 16 | <11 | 14 | 16 | 0 | 0 | 32 |
| Other drug dependence | <11 | 15 | <11 | 20 | 15 | 24 | 86 | 52 | <11 | 60 | 12 | <11 | 159 |
| Prescription medications | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Sedatives and Hypnotics | 0 | <11 | 0 | <11 | 0 | 0 | <11 | 0 | <11 | <11 | 0 | 0 | <11 |
| Stimulants | 0 | <11 | 0 | <11 | <11 | <11 | 15 | <11 | <11 | <11 | <11 | 0 | 26 |
| Tobacco | 31 | 13 | 0 | 24 | 39 | 30 | 137 | <11 | <11 | <11 | <11 | <11 | 147 |

Number of patients diagnosed with a substance use disorder by substance separated by facility, level of care.



# Appendix

## Glossary of Terms

- Level of Care

    - PS: Psychiatric Care; a.k.a. (Civil Units)
    - FO: Forensic Care
    - LT: Long Term Care
    - SRTP: Sexual Responsibility and Treatment Program (Act 21 of 2003)

- State Hospital Abbreviations/Facility Codes

    - CLA: Clarks Summit State Hospital
    - DAN: Danville State Hospital
    - NOR: Norristown State Hospital
    - SOU: South Mountain Restoration Center
    - TOR: Torrance State Hospital
    - WAR: Warren State Hospital
    - WER: Wernersville State Hospital

## Data Sets

- Patient Tracking System (PTS)

    - These data are extracted from the Pennsylvania Department of Human Services State Facility Tracking System. The extraction date of the data for this report is May 2nd, 2022.

- Pennsylvania County Population Data

    - These data are pulled from the U.S. Census Bureau's American Community Survey.
    - United States Census Bureau, Population Division. (June 2019). *U.S. Census Bureau, American Community Survey 1-Year Estimates* [CSV file]. Retrieved from https://data.census.gov/cedsci/table?q=pennsylvania%20population&g=0400000US42.050000&tid=ACSDT1Y2019.B01003&hidePreview=true
    - This data set provides population estimates for each year from 2010 through 2019.

29

**pennsylvania**
DEPARTMENT OF HUMAN SERVICES
OFFICE OF MENTAL HEALTH AND
SUBSTANCE ABUSE SERVICES

## Methodology

- Null/Missing County Data

    – 19.87% of the records in the PTS data set contain missing county data.
    – Within the PTS data set, the county MH program is also recorded.
    – For each record with missing county data, the county corresponding to that patient's county MH program of record will be used instead. This completes the data for County.

- Population Estimates

    – The U.S. Census Bureau typically releases new population estimates each June for the previous year. Therefore, all calculations in this report that require population counts are conducted using population counts from the previous year.
    – Populations for each area tend to have little variation in the span of a single year, so the estimates from the previous year will be considered an analogous and valid alternative.

- County of Origin for New Patients

    – It should be noted that patients listed as "Out of State" are not included in calculations of the origin county.

30