# EXHIBIT J



September 1, 2022

(VIA EMAIL)

Nboone@disabilityrightspa.org

NASH BOONE

DISABILITY RIGHTS PENNSYLVANIA

1800 JFK BOULEVARD, SUITE 900
PHILADELPHIA, PA 19103

Wernersville State Hospital Visitors, Attorneys and County Partners

SUBJECT: Response to August 18, 2022 visit

Dear Mr. Boone,

Thank you for your visit on August 18, 2022 and affording me the opportunity to provide a response. The following is a response to the items detailed in the General Observation section of the letter to us dated August 25, 2022.

A. Some patients felt unsafe. In some instances, staff were cited as the cause of unsafe feelings, while in other instances fellow patients were expressed to be the cause of the unsafe feelings. Consumers are encouraged to discuss any issues with the treatment team and/or the External Advocates.

B. DRP notices either were not posted or outdate ("DRN") notices were posted. We have checked to insure the current DRP poster is posted in all living units.

C. Either no External Advocate notices were posted, or outdated contact information was posted (incorrect Advocate names). Updated posters displaying correct External Advocate information are in progress as a new advocate has started serving consumers at WeSH on August 29, 2022.

D. Grievance forms were not readily available outside of the nurse's stations in many instances. We have insured that grievance forms are readily available to the consumers.

E. Some patients were not familiar with what a grievance form was. Education regarding the services provided by the External Advocates and the grievance process will be provided at Community Meetings on each living unit by the External Advocates beginning September 7, 2022.

F. Several day rooms lacked any activities or materials (games, magazines, books, etc.) other than a television. Such items are provided in every living unit, however, due to safety concerns are available upon request.

G. Multiple patients expressed an interest in being able to attend all group programming rather than just, "core groups" based upon an individual's designated level. Consumers work together with their treatment to develop their individualized programming schedule which consists of a balance of programming and activities as clinically appropriate.

H. There was a suggestion that when patients attempt to file a grievance they are interrogated by staff. As per policy, all grievances are investigated which includes interviewing the consumer in an attempt to provide resolution.

I. It was expressed that at least one patient in receipt of a business card of a DRP attorney from a prior monitoring visit, was forced to relinquish the card. A hospital wide email was sent as a reminder of the Consumer Human Rights and Grievance procedure.

J. Upon questioning various staff members about the grievance process, varied responses were received especially concerning whether and/or when a grievance is faxed/made available to the hospital CEO. All grievances are submitted to the CEO office for review. A hospital wide email was sent as a reminder of the Consumer Human Rights and Grievance procedure, in addition to the 1st and 2nd Level Appeal Grievance procedure. All related policies related to these procedures were attached, including the Bill of Rights Bulletin.

K. The hospital appeared to be generally less tidy and clean as compared to other state hospitals. Multiple units had sticky floors. Reviewed with Chief Operating Officer.

Corrections/Suggestions:

1. Update posters on all units with new DRP posters that were provided. We have checked to insure the current DRP poster is posted in all living units.

2. Update posters displaying incorrect External Advocate information. Updated posters displaying correct External Advocate information are in progress as a new advocate has started serving consumers at WeSH on August 29, 2022.

3. Ensure that all patients receive a snack, regardless of whether they have purchased anything or their family has sent something in (a basic snack of animal crackers and a water/juice perhaps). Snacks continue to be provided as per dietary consult and physician's orders.

4. Develop and immediately institute a process whereby grievance forms may be obtained and submitted anonymously.  A hospital wide email was sent as a reminder of the Consumer Human Rights and Grievance procedure, in addition to the 1st and 2nd Level Appeal Grievance procedure.  All related policies related to these procedures were attached, including the Bill of Rights Bulletin. Included in the email was a reminder that consumers are able to obtain and submit grievance forms anonymously.

5. Develop more active programming that departs from patients simply sitting in chairs with nothing to do (besides television).  Therapeutic Activities and Nursing are collaborating to ensure active programming is provided to consumers who remain on the unit during scheduled program times.

6. Make interpreters available at all times for those patients requiring such service. WeSH utilizes the services of a Spanish language interpreter on a full time basis. Additionally, PROPIO Telephone Services are available at all times.  A hospital wide email was sent on August 10, 2022 and on September 1, 2022 as a reminder with information regarding LEP services including policies and instruction cards for the service.

7. Assure that all staff are properly trained in and following the grievance process in terms of reporting, tracking, and resolving.  Please see response to #4.

Provide an update on the status of patients: Elijah C., Kenneth C, and Jeffery H.
Elijah C – Staff were reminded of the need to conduct visual accountability checks every 30 minutes as per policy.  The treatment team also is in the process of moving Elijah to a bedroom with an anti-barricade door.
Kenneth C – Patient Abuse Investigation is ongoing.  Target of the investigation continues to be reassigned to another unit and does not facilitate programs that Kenneth C is assigned to.
Jeffery H – Consumer was assessed by the unit Medical Physician the Podiatrist.  An order was placed for specialty shoes and slippers. Will continue to be followed up by Podiatry.

Provide a detailed example of the barriers to discharge faced by patients.  Availability of appropriate community placements is the greatest barrier to discharge.  Reasons for such include but are not limited to funding and staffing shortages.  Greatest barriers to discharge are greatly related to availability of community resources and appropriate placements.

Thank you again for allowing me the opportunity to respond to the questions posed about the Wernersville State Hospital's practices.

Please contact me at 610-670-4111 with any questions. Thank you.

Sincerely,

Aura E. Agostini, MSN, RN

Wernersville State Hospital

Chief Executive Officer