# EXHIBIT K

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK DADDAZIO and PATRICIA BLAUSER, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> VALERIE A. ARKOOSH, in her official capacity as Acting Secretary of the Pennsylvania Department of Human Services, <br><br> Defendant. | Civil Action No. 1:23-cv-00635-JPW |

## DECLARATION OF RHONDA BROWNSTEIN

I, Rhonda Brownstein, declare as follows based on personal knowledge:

1. I am Litigation Counsel for Disability Rights Pennsylvania ("DRP") and am lead counsel for Plaintiffs in this lawsuit.

2. DRP is the organization designated by the Commonwealth of Pennsylvania to protect the rights of and advocate for Pennsylvanians with

1

mental illness pursuant to the federal Protection and Advocacy for Individuals with Mental Illness Act, 42 U.S.C. §§ 10801–10827.

3. I and other attorneys who will work on this matter have extensive experience in litigation to enforce disability discrimination laws, including cases involving the Americans with Disabilities Act. These include but are not limited to the following cases, some of which asserted similar claims to those that are raised in this litigation: *Frederick L. v. Dep't of Public Welfare*, 364 F.3d 487 (3d Cir. 2005); *S.R. v. Pa. Dep't of Human Servs.*, 325 F.R.D. 103 (M.D. Pa. 2018); *Sonny O. ex rel. Maria G. v. Dallas*, No. 1:14-cv-1110, 2016 WL 3197773 (M.D. Pa. June 9, 2016); *Harry M. v. Dep't of Public Welfare*, No. 1:10-cv-00922, 2013 WL 4500051 (M.D. Pa. Aug. 21, 2013); *Benjamin v. Dep't of Public Welfare,* 768 F. Supp. 2d 747 (M.D. Pa. 2011); *Serventi v. Bucks Technical High School*, 225 F.R.D. 159 (E.D. Pa. 2004); *Kirk T. v. Houstoun*, No. 99-3253, 2000 WL 830731 (E.D. Pa. 2000).

4. Prior to filing this lawsuit, I and other DRP attorneys carefully investigated the claims asserted in this case. We interviewed many residents at Pennsylvania's state hospitals and thoroughly reviewed their records. We also researched and investigated potential claims that could be filed.

5. DRP has and is willing to commit the resources necessary to ensure that this case will be litigated effectively on behalf of the proposed class.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 24th day of April, 2023.

*Rhonda Brownstein*
Rhonda Brownstein