IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARK DADDAZIO and PATRICIA BLAUSER, | : : : | Civil No. 1:23-CV-635 |
| Plaintiffs, | : : | |
| v. | : : | |
| VALERIE A. ARKOOSH, | : : | |
| Defendant. | | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 28th day of January, 2025, after a telephonic discovery conference with counsel for both parties, **IT IS ORDERED** that:

1. Defendant shall produce, on a rolling basis, all community support plans and annual psychological and/or social work evaluations or summaries from 2020 until present, for each individual on the agreed list of civilly committed individuals at six state hospital who have a length of stay of two years or greater as of January 28, 2025, as discussed on the call, with a final deadline of **May 30, 2025**.

2. Defendant shall produce copies of meeting minutes for the state hospital social service and executive committees for the three remaining state hospitals, as requested in Plaintiffs' second set of requests for production, by no later than **February 3, 2025**.

3. Defendant shall produce the requested list of patients who are ready for discharge for all six state hospitals or certify that a search has been conducted and no such list exists for each state hospital by no later than **<u>February 17, 2025</u>**.

<u>s/Jennifer P. Wilson</u><br>
JENNIFER P. WILSON<br>
United States District Judge<br>
Middle District of Pennsylvania