IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARK DADDAZIO AND PATRICIA BLAUSER ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILLARLY SITUATED, | : : : : : : : : : | Civil No. 1:23-CV-00635 |
| Plaintiffs, | : : : | (Judge Wilson) |
| v. | : : : | (Chief Mag. Judge. Bloom) |
| VALERIA A. ARKOOSH, IN HER OFFICIAL CAPCITY AS SECRETARY OF THE PENNSYLVANIA DEPARTMENT OF HUMAN SERVIES: | : : : : : : | |
| Defendant. | : | |

ORDER

AND NOW, this 26th day of September 2025, **IT IS HEREBY ORDERED THAT** a settlement conference shall be conducted in the undersigned's chambers on <u>**November 24, 2025, at 1:00 p.m.**</u>, in the Sylvia H. Rambo U.S. Courthouse in Harrisburg, PA, 9th Floor. All counsel and named parties shall participate in the conference in-person. By

November 17, 2025, the parties shall submit to the undersigned a brief, concise, and confidential settlement memorandum setting forth the parties' assessment of the case and settlement recommendations via email at: Magistrate_Judge_Bloom@pamd.uscourts.gov

In addition, by November 13, 2025, the parties shall begin the settlement process by exchanging a demand by the plaintiff, and a counter-offer by the defendants. The parties' confidential memoranda should update the Court on the status of these settlement discussions.

*s/ Daryl F. Bloom*
Daryl F. Bloom
Chief United States Magistrate Judge
